*United States District Court*
*District of New Jersey*

## LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

November 19, 2007

Dennis R. LaFiura, Esq.
Day Pitney, LLP
P.O. Box 1945
Morristown, NJ 07932

   Re: Ramada Worldwide, Inc., v. Sunny Grewal, Inc. et al.
     Civil Action No. 07-4608 (JLL)

Dear Counsel:

  Our records indicate that a proof of service has been filed in this civil action and that the time for defendant(s) to answer has expired.

  You are hereby directed to move this civil action, by requesting that a default and default judgment be entered or submitting an extension to answer out of time, within ten (10) days from the date hereof. **Should you fail to do so, this action shall be listed for dismissal on Thursday, November 29, 2007 at 9:00 a.m.**

  **SO ORDERED**

                  Jose L. Linares, U.S.D.J.

cc: Hon. Claire C. Cecchi, U.S.M.J.